AO 257 (Rev. 6/78)

CR-16-246-HSG

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

---OFFENSE CHARGED---

18 U.S.C. § 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography; 18 U.S.C. §§ 2253 – Criminal Forfeiture

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See Attached

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
JUN 10 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---DEFENDANT - U.S---

▶ ARNOLD FISCHMAN

DISTRICT COURT NUMBER
CR16-00246 HSG

---PROCEEDING---

Name of Complaintant Agency, or Person (& Title, if any)
Dept. of Homeland Security, Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   THOMAS R. GREEN, AUSA

---DEFENDANT---

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
C/O Gail Shifman, Attorney for Defendant
423 Washington St., Suite 600, San Francisco, CA 94111

Date/Time: June 16, 2016 at 9:30am   Before Judge: Kandis A. Westmore

Comments:

## PENALTY

18 U.S.C. § 2252(a)(4)(B) – Possession of Child Pornography:

**If Visual Depictions Do Not Involve Pre-Pubescent Minor:**
| | |
|---|---|
| Maximum Imprisonment: | 10 years |
| Maximum Fine: | $250,000 |
| Maximum Supervise Release: | Life |
| Mandatory Supervise Release: | 5 years |
| Special Assessment: | $100 |

**If Visual Depictions Do Involve Pre-Pubescent Minor:**
| | |
|---|---|
| Maximum Imprisonment: | 20 years |
| Maximum Fine: | $250,000 |
| Maximum Supervise Release: | Life |
| Mandatory Supervise Release: | 5 years |
| Special Assessment: | $100 |

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
3
4  
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    OAKLAND DIVISION
11
12  UNITED STATES OF AMERICA,           ) No. CR16-00246 HSG
                                        )
13         Plaintiff,                   )
                                        )
14     v.                               ) VIOLATION: 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)
                                        ) – Possession of Child Pornography;
15  ARNOLD FISCHMAN,                    ) 18 U.S.C. § 2253 – Criminal Forfeiture
                                        )
16         Defendant.                   ) OAKLAND VENUE
                                        )
17  _____)
18                    I N F O R M A T I O N
19  The United States Attorney charges:
20     1.    Beginning on a date unknown, but continuing through on or about January 8, 2015, in the
21  Northern District of California, the defendant,
22                          ARNOLD FISCHMAN,
23  did knowingly possess matters containing visual depictions of minors engaging in sexually explicit
24  conduct that had been mailed, shipped, and transported using any means and facility of interstate and
25  foreign commerce and in and affecting interstate and foreign commerce, and which were produced using
26  materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any
27  means including by computer, the production of such visual depictions having involved the use of
28  minors under the age of 12 engaging in sexually explicit conduct, including, but not limited to, sadistic

INFORMATION

1 | or masochistic conduct or other depictions of violence, in violation of Title 18, United State Code,
2 | Sections 2252(a)(4)(B) and (b)(2).
3 | FORFEITURE ALLEGATION:   (18 U.S.C. § 2253 – Criminal Forfeiture)
4 |       2.      The allegations contained in paragraph one are hereby realleged and incorporated by
5 | reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.
6 |       3.      Upon conviction of the offense in violation of Title 18, United States Code, Section
7 | 2252(a)(4)(B), the defendant,
8 |                                 ARNOLD FISCHMAN,
9 | shall forfeit to the United States:
10 |            a. Any visual depiction described in Title 18, United States Code, Sections 2251,
11 |               2251A, and 2252, or any book, magazine, periodical, film, videotape, or other matter
12 |               which contains any such visual depiction, which was produced, transported, mailed,
13 |               shipped, and received in violation of Title 18, United States Code, Chapter 110;
14 |            b. Any property, real or personal, constituting or traceable to gross profits or other
15 |               proceeds obtained from the offenses;
16 |            c. Any property, real or personal, used or intended to be used to commit or to promote
17 |               the commission of the offenses
18 |
19 | //
20 |
21 | //
22 |
23 | //
24 |
25 | //
26 |
27 | //
28 |

INFORMATION

1    4.   The property to be forfeited was seized from defendant's home on or about January 8, 2015, and includes, but is not limited to:

    a. One Dell Dimension 4300, bearing serial number GT6K511;
    b. One Dell Inspiron 530, bearing serial number 9TJJHG1;
    c. One Dell Studio laptop, bearing serial number BYPF0P1;
    d. One Seagate Hard Drive, bearing serial number NA0H4N29;
    e. One Nook I.T.E., bearing serial number E332971;
    f. One Samsung Credo Mobile Cellular Telephone; and
    g. One Samsung Galaxy S IV.

All in violation of 18 U.S.C. §§ 2253(a)(1) and (a)(3).

DATED: June 9, 2016

BRIAN J. STRETCH
United States Attorney

_/s/ Keslie Stewart_
KESLIE STEWART
Chief, Oakland Branch Criminal Division

(Approved as to form: _____)
    AUSA GREEN
    Assistant United States Attorney

INFORMATION

3