WILLIAM L. OSTERHOUDT (State Bar No. 43201)
Law Office of William Osterhoudt
135 Belvedere St
San Francisco, California  94117
Telephone:	(415) 664-4600
Facsimile:	(415) 664-4691
Email:	osterhoudt@aol.com

GAIL SHIFMAN (State Bar No. 147334)
Law Office of Gail Shifman
1663 Mission Street, Suite 200
San Francisco, California 94103
Telephone:	(415) 551-1500
Facsimile:	(415) 551-1502
Email:	gail@shifmangroup.com

Attorneys for Defendant
ARNOLD FISCHMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>      vs.<br><br>ARNOLD FISCHMAN,<br><br>                       Defendant.<br>_____ | Case No.:  CR 16-0246 HSG (KAW)<br><br>**STIPULATION AND [PROPOSED]****ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE** |

Defendant, Arnold Fischman requested permission from Pretrial Services to travel on the dates and places contained herein and provided his travel itinerary to his Pretrial Services officer, who indicated he has no objection to Defendant's request to travel.  On that basis, the U.S. Attorney's Office indicated it has no objection to the requested travel, subject to the terms of the following stipulation.  The parties hereby stipulate that the conditions of defendant's release shall be modified in the following manner:

1. Defendant, Arnold Fischman, shall provide his final travel itinerary to his Pretrial Services Officer prior to his travel.
2. Subject to the approval of the Pretrial Services Officer, the Defendant, Arnold Fischman, may be permitted to travel to New York, NY, Troy, NY and Indian Lake, NY departing on August 3, 2016 and returning on August 16, 2016.
3. All other conditions of pretrial release shall remain the same.

Dated: July 19, 2016                              Dated:  July 19, 2016

/s/ Gail Shifman                                  /s/ Thomas Green

WILLIAM L. OSTERHOUDT                             THOMAS GREEN
GAIL SHIFMAN                                      Assistant U.S. Attorney
Attorneys for Defendant

## [~~PROPOSED~~] ORDER

This matter having come before the Court upon the stipulation of the parties and the Court being advised,

IT IS ORDERED that the conditions of pretrial release shall be modified in the following manner:

1. Defendant, Arnold Fischman, shall provide his final travel itinerary to his Pretrial Services Officer prior to his travel.

STIPULATION & [PROPOSED] ORDER
MODIFYING CONDITIONS OF PRETRIAL RELEASE                                                 2

2. Subject to the approval of the Pretrial Services Officer, the Defendant, Arnold Fischman, may be permitted to travel to New York, NY, Troy, NY and Indian Lake, NY departing on August 3, 2016 and returning on August 16, 2016.

3. All other conditions of pretrial release shall remain the same.

Dated: July __20__, 2016

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE