WILLIAM L. OSTERHOUDT
Law Offices of William L. Osterhoudt
135 Belvedere Street
San Francisco, CA 94117
Telephone: 415/664-4600
Facsimile:  415/664-4691
Email: osterhoudt@aol.com

GAIL SHIFMAN
Law Office of Gail Shifman
1663 Mission Street, Suite 200
San Francisco, CA 94103
Telephone:  415/551-1500
Facsimile:   415/551-1502
Email: gail@shifmangroup.com

Attorneys for Defendant
ARNOLD FISCHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>ARNOLD FISCHMAN,<br><br>             Defendant. | No. CR 16—0246-HSG<br><br>**MANUAL FILING NOTIFCATION REGARDING EXHIBIT A AND EXHIBITS B – E TO DEFENDANT ARNOLD FISCHMAN'S MOTION FOR RELEASE BASED ON EXCEPTIONAL REASONS AND CERTIFICATE OF SERVICE** |

Exhibit A to Defendant's Motion for Release based on Exceptional Reasons is being manually filed rather than e-filed because it contains personal information that is confidential.

Dated:  September 17, 2016			Respectfully submitted,


			LAW OFFICE OF GAIL SHIFMAN
			LAW OFFICES OF WILLIAM I. OSTERHOUDT

			  /s/ *Gail Shifman*

			GAIL SHIFMAN
			WILLIAM J. OSTERHOUDT
			Attorneys for Defendant
			ARNOLD FISCHMAN

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is a person of such age and discretion to be competent to serve papers.  The undersigned certifies that she caused copies of

**Exhibit A to Defendant Arnold Fischman's Motion for Release Based on Exceptional Reasons under 18 U.S.C. §3145(c)**

in the case of *United States v. Arnold Fischman,* CR 16-246 HSG to be served on the following, addressed as follows:

Thomas Green, Assistant U.S. Attorney, 1301 Clay Street, Suite 340-S, Oakland, CA 94612

\_\_\_x\_\_\_\_\_ **(**By E-Mail).   I caused such document to be sent by email to the person addressed above on September 18, 2016.

\_\_\_x\_\_\_ (By Mail).  I caused such document to be sent by mail to the person addressed above on September 18, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  September 18, 2016

/s/ Gail Shifman
_____
GAIL SHIFMAN