**EXHIBIT C**



*Community-based support*

**BREAST CANCER OVER TIME**

*Community-based research*

September 12, 2016

Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge
450 Golden Gate Avenue
San Francisco, CA 94102

Re: United States v. Arnold Fischman, Case No. CR 4:16-cr-00246-HSG.

Your Honor:

I write to respectfully request that you permit Mr. Arnold Fischman to remain at liberty pending his sentencing in the above-referenced case. Mr. Fischman is a specially trained and uniquely qualified volunteer performing essential research tasks on a breast cancer prevention research study for our organization. I fear our work will be crippled if we are suddenly deprived of his volunteer services in the final months of our study.

I am the founder and volunteer executive director of Breast Cancer Over Time (BCOT), a community-based non-profit created and controlled by women living with breast cancer and dedicated to breast cancer prevention research and advocacy. BCOT is the recipient of a community-based participatory research grant from the State of California (cigarette tax monies) seeking to further understand the role of environmental chemical exposures in the causation of breast cancer. We also operate a support group for women in treatment for breast cancer and breast cancer survivors. More information about Breast Cancer Over Time and the Tinka Gordon Memorial Fund can be found at our website at www.breastcancerovertime.org.

Mr. Fischman spends approximately 20 hours per week researching and recording the chemical content of cosmetics and personal care products used by study participants to determine if they contain endocrine disrupting chemicals, such as parabens and phthalates. This is a skilled process involving researching product content on-line, communicating with cosmetic companies to request ingredients of products that cannot be found on-line, and preparing special reports analyzing constituent chemicals in each product. I have spent many hours training Mr. Fischman to perform these tasks, and he is presently the only member of our organization, other than me, who is qualified to perform this task. To date, he has prepared such reports on the cosmetics used by 17 study volunteers. We are required under our grant conditions to perform testing on cells of an additional 10 qualified women by the end of this year, which, based on prior experience, will require preparation of chemical content reports on a minimum of 20 additional women. This is the work I

am counting on Mr. Fischman to complete. Without his help, it will be extremely difficult, and perhaps impossible, for us to meet our grant deadlines.

In 2015, soon after he lost his long-time life partner to breast cancer, Mr. Fischman, using his skills from his former work as a consultant to non-profit organizations, assisted our group of breast cancer survivors to incorporate as a public benefit corporation, and apply for (and obtain) state and federal tax exemptions as a charitable organization. Because he is so familiar with the structure and finances of our organization, I am counting on his assistance to file our first set of tax returns, which are due no later than December 31st. Without his pro-bono assistance, we will be forced to hire an outside accountant to prepare the tax returns, a cost that our all-volunteer organization can ill-afford.

While I was aware that Mr. Fischman faced serious criminal charges to which he planned to plead guilty and for which he might face incarceration, I had anticipated that he would be at liberty pending sentencing later this fall and thus able to assist us with the chemical content screening and tax returns over the next several months. If he is bound-over to the County jail next week and therefore unavailable for this work, it will create a severe hardship for our all-volunteer organization.

I make a personal plea as well – as the volunteer executive director of BCOT, I am the only other person able to perform the work Arnie does. As it happens, I have spent the last two weeks at the San Diego bedside of my 99 year-old mother, who is in hospice care and in the final weeks of her life. I find I have special need of Arnie's assistance right now, as I wish to spend as much time as possible with my mother, supporting her in these final days.

Thank you so much for considering our situation. Please feel free to contact me with any questions.

Sincerely,

*Polly V. Marshall*

Polly V. Marshall
Executive Director