UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

| **Date:** September 19, 2016 | **Time:** 2:21 - 3:17 p.m. (56 Minutes) | **Judge:** HAYWOOD S. GILLIAM, JR. |
|---|---|---|
| **Case No.:** 16-cr-00246-HSG | **Case Name:** USA v. Fischman | |

**Defendant:** Arnold Fischman **(Present)**
**Attorney for Plaintiff:** Thomas Green
**Attorney for Defendant:** Gail Shifman

| **Deputy Clerk:** Nikki D. Riley | **Court Reporter:** Raynee Mercado |
|---|---|

**PROCEEDINGS:** CHANGE OF PLEA **-** Held

**Notes:** Defendant is sworn; Plea Agreement is signed and filed in open court; Defendant admits to count (1) one of the indictment. Matter is continued to January 9, 2017 at 2:00 p.m. for sentencing. Government's motion to remand is argued and submitted by the parties, and **DENIED** by the Court. The Court finds that the evidence proffered warrants the Defendant's continued release pending sentencing under 18 U.S.C. §§ 1343 and 1345.