**WILLIAM L. OSTERHOUDT**
**Law Offices of William L. Osterhoudt**
**135 Belvedere Street**
**San Francisco, CA 94117**
**Telephone: 415/664-4600**
**Facsimile:  415/664-4691**
**Email: osterhoudt@aol.com**

**GAIL SHIFMAN**
**Law Office of Gail Shifman**
**1663 Mission Street, Suite 200**
**San Francisco, CA 94103**
**Telephone:  415/551-1500**
**Facsimile:   415/551-1502**
Email: gail@shifmangroup.com

**Attorneys for Defendant**
**ARNOLD FISCHMAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. CR 16—0246-HSG |
| Plaintiff, | **ADMINISTRATIVE MOTION AND DECLARATION TO FILE EXHIBIT UNDER SEAL AND (PROPOSED) ORDER** |
| v. | |
| **ARNOLD FISCHMAN,** | |
| Defendant. | |

I, Gail Shifman, hereby declare:

1. I am an attorney licensed to practice law in the State of California, and along with William L. Osterhoudt represent Arnold Fischman in the above-entitled matter.

ADMINISTRATIVE MOTION AND DECLARATION TO FILE EXHIBIT UNDER SEAL
AND (PROPOSED) ORDER                               1

2. Pursuant to our representation, I am filing an Opposition to Government's Motion for Release Based on Exceptional Reasons Under 18 U.S.C. §3145(c).

3. Exhibit A to the motion for release is the Psychological Treatment Report from Dr. Bryant Welch, Mr. Fischman's treating psychologist.

4. This Court has the authority to order that documents be filed under seal. *See* Crim. L.R. 56-1; *see also United States v. Mann,* 829 F.2d 849, 853 (9th Cir. 1987); *In re Sealed Affidavit(s) to Search Warrants,* 600 F.2d 1256, 1257 (9th Cir. 1979).

5. I declare that the Psychological Treatment Report contains personal information and is a confidential record of Mr. Fischman. S*ee* Crim. L.R. 32-7(a); *United States v. Schlette,* 842 F.2d 1574, 1583, as amended, 854 F.3d 359 (9th Cir. 1988) (discussing the strong presumption in favor of confidentiality with regard to the personal information contained in a presentence report).

6. In my professional opinion it is necessary to file the Psychological Treatment Report under seal to protect the confidentiality of the material within.

7. I will provide a courtesy copy of Exhibit A, the Psychological Treatment Report, to the Office of the United States Attorney via email and by U.S. mail.

8. For the reasons set forth above, the defense respectfully requests that the Court grant this motion to file Exhibit A under seal.

I declare under penalty of perjury that the foregoing is true and correct, except for those matters stated on information and belief, and as to those matters, I am informed and believe them to be true. Executed this 16th day of September , 2016, at San Francisco, California.

/s/Gail Shifman
_____
GAIL SHIFMAN

ADMINISTRATIVE MOTION AND DECLARATION TO FILE EXHIBIT UNDER SEAL
AND (PROPOSED) ORDER                               2

**(PROPOSED)** **ORDER**

Good Cause Appearing, upon application of Defendant, by and through counsel, IT IS HEREBY ORDERED that Exhibit A, to the Opposition to Government's Motion for Release Based on Exceptional Reasons Under 18 U.S.C. §3145(c) shall be filed under seal.

Dated: February 17, 2017

*(signature)*
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE